UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ELSUN WHEELER, FREDDIE DAVIS,

                                         Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                         Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

24 CV 469 (RA)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York ("City") and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
              February 20, 2024

                                      HON. SYLVIA O. HINDS-RADIX
                                      Corporation Counsel of the
                                         City of New York
                                      *Attorney for Defendant City*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-3520

                              By:   /s/ *Niki Slattery*
                                       Niki Slattery
                                       Senior Counsel

cc:     Via ECF
         Sara J. Wolkensdorfer
         *Attorney for plaintiffs*