UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

ELSUN WHEELER AND FREDDIE DAVIS,

                                        Plaintiffs,

                -against-

THE CITY OF NEW YORK, ET AL.,

                                        Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

24-cv-469 (RA)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      April 23      , 2025

| | |
|---|---|
| RICKNER PLLC<br>*Attorneys for Plaintiff*<br>14 Wall Street, Suite 1603<br>New York, NY 10005<br>212-300-6506<br><br>By: _____<br>    Sara J. Wolkensdorfer<br>    *Attorney for Plaintiff* | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By:  /s/ John Schemitsch<br>    John Schemitsch<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

ELSUN WHEELER AND FREDDIE DAVIS,

                              Plaintiffs,

        -against-

CITY OF NEW YORK, OFFICER TAI, OFFICER MCNEIL,
OFFICER PHILOGENE, OFFICER YOUNG, AND
OFFICER MOORE,

                              Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

24-cv-469 (RA)

**WHEREAS,** plaintiff Freddie Davis and defendants have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

RICKNER PLLC  
*Attorneys for Plaintiff Freddie Davis*  
14 Wall Street, Suite 1603  
New York, NY 10005  
212-300-6506  

By: _____  
    Sara J. Wolkensdorfer  
    *Attorney for Plaintiff Freddie Davis*  

Dated: New York, New York  
      February 24, 2025  

MURIEL GOODE-TRUFANT  
Corporation Counsel of the  
    City of New York  
*Attorney for Defendant City of New York*  
100 Church Street, 3rd Floor  
New York, New York 10007  

By: _____/s/ John Schemtisch_____  
    John Schemitsch  
    *Senior Counsel*  

SO ORDERED:  

_____  
HON. RONNIE ABRAMS  
UNITED STATES DISTRICT JUDGE  

2