UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSUN WHEELER, FREDDIE DAVIS,

                Plaintiffs,

            v.

THE CITY OF NEW YORK, et al.,

                Defendants.

No. 24-cv-469 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court has received a stipulation and proposed order of dismissal signed by the parties. *See* ECF No. 68. The stipulation and proposed order would have the Court retain jurisdiction over this action for the purpose of enforcing the parties' settlement agreement. It does not, however, attach the settlement agreement. As stated in the Court's June 3, 2025 Order, *see* ECF No. 67, if the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the **terms of the agreement must be placed on the public record** and "so ordered" by the Court. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). Accordingly, no later than July 3, 2025, the parties shall file a revised stipulation and order and, if appropriate, the terms of their settlement agreement.

SO ORDERED.

Dated:    June 11, 2025
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge