# Rickner PLLC

Sara Wolkensdorfer | sara@ricknerpllc.com

June 24, 2025

**Via ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

  Re: *Wheeler et al v. City of New York et al.*, 24-cv-00469-RA

Dear Judge Abrams:

We represent the Plaintiff in the above-captioned action and write in response to the Court's Order, Doc No. 69.

Defense counsel has confirmed that the settlement paperwork for both Plaintiffs is complete. Accordingly, the parties will not be seeking to have the Court retain jurisdiction to enforce the settlement agreement.

We thank the Court for its time and attention to this matter.

Respectfully,

  /s/

Sara Wolkensdorfer